```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 13086
   ROBERT S PALKON
   JANET L PALKON                            CHAPTER 13

                                             JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-8875    SSN XXX-XX-2145

------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 07/20/07 and confirmed on 10/24/07.

   2.  The case was dismissed after confirmation, 10/03/2008.

   3.  The Debtor paid a total of $   6225.04 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| CHASE HOME FINANCE | MORTGAGE ARRE | .00 | .00 | .00 |
| LIGHTHOUSE FINANCIAL GRO | SECURED VEHIC | 3680.00 | 196.15 | 883.16 |
| ILLINOIS TOLLWAY AUTHORI | PRIORITY | NOT FILED | .00 | .00 |
| ANDERSON FIN NETWORK | UNSECURED | NOT FILED | .00 | .00 |
| ASPEN | UNSECURED | NOT FILED | .00 | .00 |
| CBE GROUP | UNSECURED | NOT FILED | .00 | .00 |
| ASPIRE VISA | UNSECURED | 2231.13 | .00 | 230.21 |
| COMPUTER CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 975.49 | .00 | 100.65 |
| EDWARD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 412.13 | .00 | 42.52 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS STUDENT ASSIST | UNSECURED | 4730.41 | .00 | 488.09 |
| ILLINOIS STUDENT ASSIST | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS STUDENT ASSIST | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 899.04 | .00 | 92.76 |
| MIDLAND CREDIT MGMT | UNSECURED | 187.87 | .00 | 19.38 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| NICOR GAS | UNSECURED | 2690.97 | .00 | 277.66 |
| PARK DANSAN | UNSECURED | NOT FILED | .00 | .00 |
| PLAINS COMMERCE BANK | UNSECURED | 392.27 | .00 | 40.47 |
| RJM ACQUISITIONS LLC | UNSECURED | NOT FILED | .00 | .00 |
| RUSSELL JOHNS ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| SUMMIT CENTER | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |

```
PORTFOLIO RECOVERY ASSOC  UNSECURED         838.39            .00        86.51
ROUNDUP FUNDING LLC       UNSECURED         762.16            .00        78.64
COMED                     UNSECURED         556.54            .00        57.42
        Summary of disbursements:
-------------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED        OTHER        TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  3680.00          .00     14676.40          .00     18356.40
PRINCIPAL PAID       883.16          .00      1514.31          .00      2397.47
INTEREST PAID        196.15          .00           .00         .00       196.15
TOTAL PAID          1079.31          .00      1514.31          .00      2593.62
The Debtor's attorney, JOHN C DENT                 , was allowed $    3500.00
and was paid $    195.00   direct and $   3305.00   through the plan.

The Trustee received $    326.42 .

Refunds to the Debtor totaled $         .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 01/20/09                 /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE
```